IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**PAUL GOLDMAN,**

    **Plaintiff,**

    v.                                          Civil Action No. 3:23cv590

**SUSAN BEALS,** *et al.***,**

    **Defendants.**

## ORDER

    This matter comes before the Court *sua sponte*. Rule 7(E) of the Local Civil Rules for the United States District Court for the Eastern District of Virginia shall not apply to this action. Any party desiring a hearing on a dispositive motion shall file a motion requesting a hearing when the motion is filed. The Court will determine whether a hearing is necessary.

    The Clerk is DIRECTED to send a copy of this Order to the Plaintiff.

    It is SO ORDERED.

Date: 9/18/2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge