**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**PAUL GOLDMAN,**

      **Plaintiff,**

   v.                                                       Civil Action No. 3:23-cv-00590

**SUSAN BEALS, in her official capacity as
Commissioner of the Virginia Department
of Elections,** *et al.*,

      **Defendants.**

## ORDER

This matter comes before the Court on three motions: (1) Plaintiff Paul Goldman's Motion for a Hearing on Plaintiff's Request for a Preliminary Injunction (the "Preliminary Injunction Motion"), (2) Defendants'[1] Motion to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss"), and (3) Plaintiff Paul Goldman's Motion for a Temporary Restraining Order (the "TRO Motion") (collectively, the "Pending Motions"). (ECF Nos. 5, 6, 11.) Per Local Civil Rule 7(F)(1)[2], Defendants' reply in further support of their

---

[1] The Defendants in this case are Susan Beals, in her official capacity as Commissioner of the Virginia Department of Elections, and John O'Bannon, Rosalyn Dance, Georgia Alvis-Long, Donald Merricks, and Matthew Weinstein in their official capacities as employees of the Virginia State Board of Elections (collectively, the "Defendants"). (ECF No. 2-3, at 1–2.)

[2] Local Civil Rule 7(F)(1) provides, in relevant part:

> Unless otherwise directed by the Court, the opposing party shall file a response brief and such supporting documents as are appropriate, within fourteen (14) calendar days after service and the moving party may file a reply brief within six (6) calendar days after the service of the opposing party's response brief. The fourteen (14) and six (6) calendar day periods for response and reply briefs shall apply without regard to, and are not expanded by, the mode of service used for those briefs, notwithstanding the provisions of Fed. R. Civ. P. 6(d).

E.D. Va. Loc. Civ. R. 7(F)(1).

Motion to Dismiss is due today, October 16, 2023, Plaintiff's reply in further support of his TRO Motion, if any, is due on October 18, 2023, and Plaintiff's reply in further support of the Preliminary Injunction Motion, if any, was due on October 9, 2023.

Accordingly, the Court ORDERS Mr. Goldman to file his replies, if any, in further support of the Preliminary Injunction Motion or the TRO Motion by October 18, 2023.

The Court SCHEDULES a hearing on October 20, 2023, at 2:00 p.m. regarding the Pending Motions.

The Clerk is DIRECTED to send a copy of this Order to Mr. Goldman's address of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 10/16/2023
Richmond, Virginia

M. Hannah Lauck
United States District Judge